UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DALE ARGO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:07-0350 |
| | ) Judge Echols |
| STATE OF TENNESSEE and | ) |
| GEORGE LITTLE, | ) |
| Defendants. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendants' Motion for Summary Judgment (Docket Entry No. 8) is hereby GRANTED and this case is hereby DISMISSED.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE